JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                    Plaintiff,<br><br>          v.<br><br>B & B HARDWARE<br>PROPERTIES, LLC, , et al.,<br><br>                    Defendants. | Case No.  CV 17-805-GW(JCx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

  Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice as to all parties. Each party will bear his/her/its own attorneys' fees and expenses.

  IT IS SO ORDERED.

Dated: October 30, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE